UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLEN SHARONOFF,<br><br>Plaintiff,<br><br>v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>Defendants. | No. 2:19-cv-0814 MCE CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 13. Plaintiff has filed objections to the findings and recommendations. ECF No. 16.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2019 (ECF No. 13), are ADOPTED in full;

2. Plaintiff's amended complaint (ECF No. 10) is DISMISSED for failure to state a claim upon which relief can be granted;

3. Plaintiff's motion for summary judgment (ECF No. 11) is DENIED; and

4. The Court of the Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: October 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE